# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1405**

**CAF 11-01416**

PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF JAY D.H., RESPONDENT-APPELLANT.

--------------------------------------------------

WAYNE COUNTY PRESENTMENT AGENCY,
PETITIONER-RESPONDENT.

ORDER

---

ROBERT A. DINIERI, ATTORNEY FOR THE CHILD, CLYDE, FOR
RESPONDENT-APPELLANT.

DANIEL C. CONNORS, COUNTY ATTORNEY, LYONS (KATHLEEN H. POHL OF
COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), entered April 26, 2011 in a proceeding pursuant to Family Court Act article 3. The order adjudged that respondent is a juvenile delinquent and placed him on probation.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: December 23, 2011

Frances E. Cafarell
Clerk of the Court